Timothy M. Lynch
Hozubin, Moberly, Lynch & Associates
711 M Street, Ste 2
Anchorage, Alaska 99501
(907) 276-5297 telephone
(907) 278-5291 facsimile
tlynch@northlaw.com

*Attorneys for Great Divide Insurance Company*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA ANCHORAGE**

| | |
|---|---|
| Great Divide Insurance Company )<br>)<br>Plaintiff, )<br>v. )<br>)<br>Novakovich Enterprises, Inc., )<br>Michael J. Novakovich & )<br>Linda Novakovich )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 3:14-cv-00180-JWS |

**NOTICE OF DISMISSAL BEFORE ANSWER**

Comes now plaintiff, Great Divide Insurance Company, by and through their attorneys of record, Hozubin, Moberly, Lynch & Associates, and hereby gives notice of the dismissal of this action before an answer was filed by the Defendants.

RESPECTFULLY submitted at Anchorage, Alaska this 15th day of January, 2015.

Hozubin, Moberly, Lynch & Associates
Attorneys for Great Divide Insurance Company

By: _____Timothy M. Lynch_____
Timothy M. Lynch
Hozubin, Moberly, Lynch & Associates
711 M Street, Ste 2
Anchorage, AK 99501
(907) 276-5297
(907) 278-5291
tlynch@northlaw.com
Alaska Bar No. 7111030

Notice of Dismissal Before Answer                                                                          Page 1 of 1
*Great Divide Insurance Co. v. Novakovich Enterprises, Inc. et, al*                           Case No. 3:14-cv-00180-JWS

Case 3:14-cv-00180-JWS   Document 15   Filed 01/15/15   Page 1 of 1